IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30591
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

STEVE OLIVER LYN, also known as Steve Lyn, also known as
Christopher Lyn,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 92-CR-60054-2
--------------------
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Steve Oliver Lyn, federal inmate # 23285-034, appeals the district court's denial of his petition for writ of error <u>coram nobis</u>. He also moves this court for expedition of his appeal. Lyn contends that his 1992 conviction for conspiracy to import marihuana should be vacated because the district court violated Fed. R. Crim. P. Rule 11 and that he should be released immediately from custody.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court did not err in denying Lyn's petition for writ of error <u>coram</u> <u>nobis</u>.  <u>See</u> <u>United States v. Drobny</u>, 955 F.2d 990, 996 (5th Cir. 1992) (a writ of error <u>coram</u> <u>nobis</u> is the appropriate procedural vehicle for attacking a conviction when a defendant is no longer in custody).  Accordingly, Lyn's appeal is DISMISSED as frivolous and his motion to expedite the appeal is DENIED as moot.  <u>See</u> 5th Cir. R. 42.2.